*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, KIRKBY and GROSS
Appellate Military Judges

―――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Clarence C. HUNT, Jr.**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300018**

―――――――――――

Decided: 19 September 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam J. Workman

Sentence adjudged 2 November 2022 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 82 days, forfeiture of $1,222.00 pay per month for 1 month, and a bad-conduct discharge.[1]

For Appellant:
*Commander Jessica L. Blazek, JAGC, USN*

―――――――――――

[1] Appellant was credited with 82 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

*Mark K. Jamison*

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.